| Date | Pleading Number | |
|---|---|---|
| 12/13/74 | 1. | MOTION -- of Raymond T. Andersen, Howard D. Crosse, Harold V. Gleason, William B. Lewis, Michael J. Merkin, and James G. Smith. With Supporting Brief and certificate of service REQUESTED TRANSFEREE FORUM: Eastern District of New York |
| 12/23/74 | | BROOKSTEIN plaintiff - REQUEST FOR EXTENSION OF TIME -- Granted to 1/6/74 |
| 12/26/74 | | REQUEST FOR EXTENSION -- Federal Deposit Insurance Corp. -- Granted to Jan 6, 1975 |
| 12/26/74 | | REQUEST FOR EXTENSION -- SECURITIES AND EXCHANGE COMMISSION -- RE   Granted to Jan 6, 1975 |
| 12/26/74 | | REQUEST FOR EXTENSION -- Defts., BEISLER, HOGAN, KITTAY, KRAFT, SEARS, SLAUGHTER, TUOHY, WANGEMAN & WEBSTER Granted to 1-6/75 |
| 12/27/74 | 2 | RESPONSE -- Plaintiff Rothman w/cert. of service |
| 12/27/74 | 3 | RESPONSE -- Paul Luftig w/cert. of service |
| 12/27/74 | 4 | RESPONSE -- Michele Sindona w/cert. of service |
| 12/30/74 | 5 | RESPONSE -- Benjamin Pilcer w/cert. of service |
| 1/2/75 | 6. | RESPONSE -- Plaintiff Robert Gold w/cert. of service. |
| 1/3/75 | 7. | RESPONSE -- Plaintiff Frieda Mendes w/cert of service |
| 1/3/75 | | HEARING ORDER -- Setting A-1 through A-9 for hearing on Jan. 24, 1975 . Phoenix, Arizona (22) |
| 1/6/75 | 8 | RESPONSE -- Defts., Beisler, Hogan, Kittay, Kraft, Sears, Slaughter, Tuohy, Wangeman, Webster, Andersen, Crosse, Gleason, Lewis, Merkin and Smith -- Brief and Cert. of Service |
| 1/6/75 | 9 | RESPONSE -- FEDERAL DEPOSIT INSURANCE CORP. w/cert. of service |
| 1/7/75 | | REQUEST FOR EXTENSION -- SEC to 1/7/75 -- Granted |
| 1/7/75 | 10 | RESPONSE -- Movants supplemental response -- w/cert. of service to add additional action Joseph J. Kanner v. Raymond T. Andersen, et al., S.D.N.Y., 74 Civ. 5440 |
| 1/7/75 | 11 | RESPONSE -- SECURITY AND EXCHANGE COMMISION w/cert. of service |
| 1/8/75 | 12 | RESPONSE -- JOYCE C. BOOKSTEIN w/cert of service |
| 1/9/75 | 13 | RESPONSE -- Ernst & Ernst w/cert of service |
| 1/17/75 | | CORRECTION ORDER -- to delete Jan. 25, 1975 on HEARING ORDER filed on Jan. 3, 1975 and to insert Jan. 24, 1975. |
| 1/20/75 | 14 | RESPONSE   JOSEPH J. KANNER w/cert. of service |
| 1/22/75 | 15 | REPLY BRIEF -- ANDERSEN, CROSSE, GLEASON, LEWIS, MERKIN AND SMITH w/cert of service |
| 1/23/75 | 16. | RESPONSIVE BRIEF -- Trustee in Bankruptcy of Franklin New York Corp. |
| 4/30/75 | | CONSENT OF TRANSFEREE JUDGE FOR Judge Judd to handle litigation in the SD.NewYork for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 4/30/75 | | OPINION AND ORDER -- transferring S.D.N.Y. civil actions to the E.D. of N.Y. for 1407 treatment before Judge Judd. |
| 10/20/75 | | SEC v. FRANKLIN NEWYORK CORP., E.D.N.Y., 75C 682   Orrin G ORDER TO SHOW CAUSE re: REMAND filed today. Notified counsel involved judges |
| 10/31/75 | 17 | RESPONSE TO OSC -- DEFENDANT MICHELE SINDONA w/cert. of service |
| 11/5/75 | 18 | RESPONSE -- HOWARD D. CROSSE w/cert. of service |
| 11/11/75 | | HEARING ORDER -- Setting remand of SEC action for Hearing, December 12, 1975, Philadelphia, Penna. |
| 11/18/75 | | ORDER APPOINTING DEPOSITION JDUGE -- Judge Orrin G. Judd to take depositions in the S.D.N.Y. --Notified clerks, ch.J. S.D.N.Y., involved counsel |

| Date | Pleading Number | |
|---|---|---|
| 12/9/75 | 19 | RESPONSE -- SEC -- re: remand of SEC action w/cert. of service |
| 2/5/76 | | ORDER -- Remanding SEC action to S.D. New York |
| 8/18/76 | | ORDER -- Reassigning litigation to JUDGE THOMAS C. PLATT under Section 1407 |
| 9/28/77 | 20 | MOTION, BRIEF, Exhibit 1,1,3,4,5,6,7,& 8 -- Plaintiff FEDERAL DEPOSIT INSURANCE CORP. -- for transfer of B-2 to the E.D. New York for inclusion in the Section 1407 proceedings pending before Judge Platt. |
| 10/7/77 | | HEARING ORDER -- setting B-2 for hearing, Oct. 28, 1977, in New York City. |
| 10/11/77 | | REQUEST FOR EXTENSION TO FILE RESPONSE (Continental Illinois National Bank and Trust Co. of Chicago) GRANTED TO 11:00 A.M. on October 20, 1977 |
| 10/20/77 | 21 | BRIEF IN OPPOSITION TO MOTION TO TRANSFER -- Continental Illinois National Bank and Trust Co. of Chicago w/cert. of svc. |
| 10/27/77 | 22 | REPLY -- Federal Deposit Insurance Corporation w/cert. of service |
| 11/2/77 | 23 | LETTER -- From ~~BROWNXX~~ Mayer, Brown & Platt (Wm. Bruce Hoff, Jr.) dated October 31, 1977 re: Proposed stipulation |
| 11/7/77 | 24 | MOTION TO TRANSFER -- FDIC w/cert. of service. |
| 11/14/77 | 25 | LETTER -- From Mayer, Brown & Platt (Wm Bruce Hoff, Jr.) dated November 10, 1977 re: Franklin National Bank Securities Litigation |
| 12/21/77 | | ORDER -- Denying transfer of tag-along action, ~~CHALTNUT~~ B-2, C.A. No. 76C2413, N.D. Ill. (ea) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 196 -- In re Franklin National Bank Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/21/78 | | ORDER -- Reassigning litigation to the Honorable Jack B. Weinstein for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (emh) |

JPML FORM 1A

*Feb 2, 1976  407 F. Supp. 248*
*MO - 12/21/77 Unpublished*

## Description of Litigation

### IN RE FRANKLIN NATIONAL BANK SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 1/24/75

Date(s) of Opinion(s) or Order(s): 4/30/75

Consolidation Ordered: ✓     Name of Transferee Judge: ~~Jack B. Weinstein~~ ~~ORRIN G JUDD~~ ~~Thomas C. Platt~~

Consolidation Denied:          Transferee District: E.D. New York

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Irving Rothman v. Raymond T. Andersen, et al. | E.D.N.Y. Judd | 74C 894 (OGJ) | DO NOT COUNT | | | A-1 & A-2 Consolidated v XY2-2 |
| A-2 | Lillian Ratner v. Franklin National Bank, et al. | E.D.N.Y. Judd | 74C 1174 (OGJ) | ~~DO NOT COUNT~~ this | | | |
| A-3 | Freida Mendes v. Michele Sindona, et al. | E.D.N.Y. Judd | 74C 1256 (OGJ) | | | 8/6/80 | |
| A-4 | Benjamin Pilcer, et al. v. Franklin New York Corp., et al. | E.D.N.Y. Judd | 74C 1372 (OGJ) | | | 8/6/80 | |
| A-5 | Harry Stern v. Michele Sindona, et al. | E.D.N.Y. Judd | 74C 1379 (OGJ) | | | 8/6/80 | |
| A-6 | Louis Pergament, et al. v. Franklin National Bank, et al. | E.D.N.Y. Judd | 74 C 1451 (OGJ) | | | 8/4/75 | |
| A-7 | Securities & Exchange Commission v. Franklin New York Corp. *Remanded* *(remand OSC 10/20/75)* | E.D.N.Y. | 74 Civ. 4557 DBB | 4/30/75 | 75C 682 | *Remand 2/2/76* | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Joyce H. Bookstein v. Franklin New York Corp. | S.D.N.Y. | 74 Civ.4595 DBB | 4/30/75 | 75C 683 | 8/6/80 | |
| A-9 | Robert Gold v. Ernst & Ernst, et al. | S.D.N.Y. | 74 Civ.4622 DBB | 4/30/75 | 75C 684 | 8/6/80 | |
| B-1 | Joseph J. Kanner v. Raymond T. Andersen, et al. | S.D.N.Y. Pierce | 74 Civ. 5440 | 4/30/75 | 75C 685 | 8/6/80 | 1/7/75 Amend to motion |
| XYZ-1 | Paragon Associates v. Federal Deposit Insurance Corp., et al. | E.D.N.Y. | 75C791 | | | 8/27/75 | |
| XYZ-2 | Rithman & Corbin v. Sindona | E.D.N.Y. | 74C 894A | | | 8/6/80 | Consolidate 74A-1 & A-2 |
| B-2 | Federal Deposit Insurance Corp. etc. v. Continental Illinois National Bank and Trust Co. of Chicago. | N.D.Ill McGarr | 76C2413 | | | | Dismiss 12/21/77 |

CERTIFIED CORRECT
JULY 1976

Certified July 1977

DOCKET NO. __196__ -- __IN RE FRANKLIN NATIONAL BANK SECURITIES LITIGATION__ -- P. __3__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-3 | FDIC, et al. v. National Surety Corp., et al. | E.D.N.Y. Platt | 76C494 | | | 4/3/80 | |
| XYZ-4 | Sol Neil Corbin, etc. v. National Surety Corp., et al. | E.D.N.Y. Platt | 76C515 | | | 4/3/80 | Consolidated w/ XYZ-3 |
| XYZ-5 | Sol Neil Corbin, etc. v. Franklin National Bank, et al. | E.D.N.Y. Platt | 76C946 | | | 12/21/79 | " |
| XYZ-6 | Sol Neil Corbin, etc. v. Federal Deposit Ins. Corp., et al. | E.D.N.Y. Platt | 75C2144 | | | 3/17/78 | |
| XYZ-7 | Federal Deposit Insurance Corp., etc. v. Ernst & Ernst | E.D.N.Y. Platt | 76C2339 | | | 5/6/80 | |
| XYZ-8 | Sol Neil Corbin, etc. v. Ernst & Ernst | E.D.N.Y. Platt | 77C 228 | | | 5/6/80 | |
| XYZ-9 | Federal Deposit Insurance Corp. v. Continental Bank International | E.D.N.Y. Platt | 77C293 | | §1404(A) to E.D.N.Y. | 4/3/80 | |

consented 10/1/77
transferred       4
pending E.D.N.Y.  13
(2 cons - 1 Rem)  -3
             ___
        pending 14
No change - July 1975
Same - July 1979

July 1980 —   4   TR
             13   XYZ
             __
             17
             (7) Dis
             (1) Rem
             __
             9 pdg

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 196 -- IN RE FRANKLIN NATIONAL BANK SECURITIES LITIGATION

LIAISON COUNSEL FOR PLAINTIFFS
Melvyn I. Weiss, Esquire
Milberg & Weiss
One Pennsylvania Plaza
New York, New York  10001

ERNST & ERNST
Daniel F. Kolb, Esquire
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

PAUL LUFTIG
Battle, Fowler, Lidstone,
Jaffin, Pierce & Kheel
280 Park Avenue
New York, New York  10017

ANDREW N. GAROFALO
Edward A. Panzarella, Esquire
26 Court Street
Brooklyn, New York  11201

TRUSTEE FOR FRANKLIN NEW YORK CORP.
Sol N. Corbin, Esquire
Corbin & Gordon
280 Park Avenue
New York, New York  10017

FASCO INTERNATIONAL HOLDING S.A.
MICHELE SIDONA
Richard B. Marrin, Esquire
Mudge, Rose, Guthrie & Alexander
20 Broad St.
New York, New York  10005

NORMAN B. SCHREIBER
Breed, Abbott & Morgan
1 Chase Manhattan Plaza
New York, New York  10005

CARLO BORDONI
DiFalco, Field & O'Rourke
605 Third Avenue
New York, New York  10016

PETER R. SHADDICK
Eugene R. Anderson, Esquire
Anderson, Russell, Kill
  & Olick, P.C.
630 Fifth Avenue
New York, New York 10020

MR. DONALD EMRICH
2363 Amherst St.
East Meadows, New York  11554

ROBERT C. PANEPINTO
Gerard A. Imperato, Esquire
Anthony J. Pirroti, Esquire
1501 Avenue U
Brooklyn, New York  11229

JOSEPH A. BEISLER    JAMES C. SLAUGHTER
WILLIAM J. HOGAN     JOHN J. TUOHY
SOL KITTAY           FRANK G. WANGEMAN
CHARLES H. KRAFT     HAROLD A. WEBSTER
ROBERT N. SEARS
Edward C. McLean, Esquire
Chadbourne, Parke, Whiteside
  & Wolff
30 Rockefeller Plaza
New York, New York  10020

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

---

RAYMOND T. ANDERSON
HAROLD V. GLEASON
WILLIAM B. LEWIS
MICHAEL J. MERKIN
JAMES G. SMITH
J. Paul McGrath, Esquire
Dewey, Ballantine, Bushby,
   Palmer & Wood
140 Broadway
New York, New York  10005

HAROLD D. CROSSE
Justin N. Feldman, Esquire
Poletti, Freidin, Prashker,
   Feldman & Gartner
777 Third Avenue
New York, New York  10017

FEDERAL DEPOSIT INSURANCE CORP.
Edward C. Cerny, III, Esquire
Casey, Lane & Mittendorf
26 Broadway
New York, New York 10004

FEDERAL DEPOSIT INSURANCE CORP. (B-1)
Hopkins, Sutter, Mulroy,
   Davis & Cromartie
1 First National Plaza
52nd Floor
Chicago, Illinois  60603

CONTINENTAL ILLINOIS NATIONAL BANK
   AND TRUST COMPANY OF CHICAGO
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, Illinois  60604

CONTINENTAL BANK INTERNATIONAL
Kelley, Drye & Warren
350 Park Avenue
New York, New York  10022